UNITED STATES, Appellee

v

THEODORE S. DYER, GS–7, Department of the Air Force, Civilian, Appellant

9 USCMA 64, 25 CMR 326

No. 10,061

Decided March 28, 1958

*Major George M. Wilson* argued the cause for Appellant, Accused. With him on the brief was *Lieutenant Colonel Ellis L. Gottlieb.*

*Major Fred C. Vowell* argued the cause for Appellee, United States. With him on the brief was *Lieutenant Colonel Robert W. Michels.*

### Opinion of the Court

ROBERT E. QUINN, Chief Judge:

This appeal concerns the constitutionality of Article 2(11), Uniform Code of Military Justice, 10 USC § 802, insofar as it relates to civilian employees beyond the continental limits of the United States and other territories specified in the Article. We reviewed the question in United States v Wilson, 9 USCMA 60, 25 CMR 322, decided this date, and sustained the constitutionality of the Article as applied to circumstances substantially similar. Accordingly, we affirm the decision of the board of review.

Judges LATIMER and FERGUSON concur.